1026

In the Matter of Chet Allen Bottorff, Appellant, v Patrick L. Kirk, as Acting Oneida County Family Court Judge, et al., Respondents.

In the Matter of Chet Allen Bottorff, Appellant, v Patrick L. Kirk, as Acting Oneida County Family Court Judge, et al., Respondents.

Submitted December 31, 2007; decided January 15, 2008

Reported below, 2007 NY Slip Op 81980(U).

Appeal, insofar as taken from Appellate Division orders respectively denying motions to vacate and renew, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such orders do not finally determine the proceedings within the meaning of the Constitution; appeal, insofar as taken from the Appellate Division order that dismissed appellant's second CPLR article 78 proceeding, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of Richard A. Brown, as District Attorney of Queens County, Appellant, v Joel L. Blumenfeld et al., Respondents.

Submitted December 17, 2007; decided January 15, 2008

Reported below, 45 AD3d 836.

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

In the Matter of Bernard Cooper, Appellant, v Donald Selsky, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted January 7, 2008; decided January 15, 2008

Reported below, 43 AD3d 1254.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.